UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/13/2020
```

U.S. SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-v-

NATIONWIDE MUTUAL INSURANCE COMPANY and NATIONWIDE MUTUAL FIREINSURANCE COMPANY,

                Defendants.

No. 19-cv-7884 (MKV)
ORDER OF DISMISSAL

On June 25, 2020, the Court referred this case to the designated Magistrate Judge for settlement [ECF #35]. On July 13, 2020, Judge Parker held a settlement conference [*see* Minute Entry dated July 13, 2020] and informed the Court that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by August 13, 2020. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: July 13, 2020
      New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**